# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA, for the use and benefit of DAEDALUS CONSTRUCTION CO.; and DAEDALUS CONSTRUCTION CO., a Nebraska corporation;** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **ARCHER WESTERN CONSTRUCTION, LLC, a foreign limited liability company; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a foreign corporation;** <br><br> **Defendants.** | 8:19CV258 <br><br> ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendants,

**IT IS ORDERED:**

1. On or before **February 7, 2020**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate all other pending deadlines in this case.

Dated this 8th day of January, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge